Annie Hagerty, appellee, v. Patrick Hagerty, appellant. Gen. No. 23,783.

Commitment for nonpayment of temporary alimony. Appeal from the Circuit Court of Cook county; the Hon. Jesse A. Baldwin, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1917. Affirmed. Opinion filed October 15, 1918.

Wiley & Mack, for appellant; William R. Wiley, of counsel. James E. McGrath, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

---

Fannie Loftus, administratrix of the estate of Michael Loftus, deceased, appellee, v. Chicago Railways Company, appellant. Gen. No. 23,790.

Action to recover for death of pedestrian struck by street car at street intersection. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Richard S. Tuthill, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1917. Affirmed. Opinion filed October 15, 1918. Rehearing denied November 21, 1918.

P. L. McArdle and Charles Le Roy Brown, for appellant; John R. Guilliams, of counsel. Daniel L. Madden and R. C. Merrick, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

---

Reid Murdoch & Company, appellee, v. S. E. Taylor and H. Kabaker, appellants. Gen. No. 23,799.

Action to recover on a guaranty of an account. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John R. Caverly, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1917. Affirmed. Opinion filed October 15, 1918.

Levin & Krinsky, for appellant H. Kabaker; Harry H. Krinsky, of counsel. H. G. Colson, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

---

Chicago Waste Company, appellant, v. Charles T. Weinshenker, trading as Comfort Bedding Company, appellee. Gen. No. 23,805.

Action to recover balance due for goods sold and delivered. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. Dennis W. Sullivan, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1917. Reversed with judgment here. Opinion filed October 15, 1918.

Hoyne, O'Connor & Irwin, for appellant. No appearance for appellee.

Mr. Justice Matchett delivered the opinion of the court.